No. 85–1646. KEMP, WARDEN *v.* WILSON. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–1752. KAIRYS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 85–5022. RUSHING *v.* LOUISIANA. Sup. Ct. La.;
No. 85–5082. WATSON *v.* BLACKBURN, WARDEN. C. A. 5th Cir.;
No. 85–6308. LOWENFIELD *v.* LOUISIANA. Sup. Ct. La.;
No. 85–6551. BROCK *v.* McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir.;
No. 85–6584. KORDENBROCK *v.* KENTUCKY. Sup. Ct. Ky.;
No. 85–6643. BEAM *v.* IDAHO. Sup. Ct. Idaho;
No. 85–6665. BARNES *v.* TENNESSEE. Sup. Ct. Tenn.;
No. 85–6668. HARBISON *v.* TENNESSEE. Sup. Ct. Tenn.; and
No. 85–6675. BYRD *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–301. AMEY, INC., ET AL. *v.* GULF ABSTRACT & TITLE, INC., ET AL., 475 U. S. 1107. Petition for rehearing denied.